UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| Plaintiff, | ) | 18 U.S.C. § 111(a)(1) |
| | ) | 26mj59 SRN/SGE |
| v. | ) | |
| MATRIM CHARLEBOIS, | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
(Assaulting, Resisting, or Impeding a Federal Officer)

On or about January 13, 2026, in the State and District of Minnesota, the defendant,

**MATRIM CHARLEBOIS,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, a Homeland Security Investigations employee, while such officer and employee was engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).



## Count Two
(Willfully Injuring or Committing Any Depredation Against Any Property of the United States)

On or about January 13, 2026, in the State and District of Minnesota, the defendant,

**MATRIM CHARLEBOIS,**

willfully, and by means of repeatedly striking a vehicle with a metal cane, did injure and commit a depredation against property of the United States and of any department or agency thereof, to wit: a United States Homeland Security Investigations vehicle, all in violation of Title 18, United States Code, Section 1361.

Dated: February 4, 2026

DANIEL N. ROSEN
United States Attorney

/s/   *John Arboleda*
BY:  JOHN ARBOLEDA
Special Assistant United States Attorney