

**U.S. Department of Justice**

United States Attorney
District of Minnesota

| | |
|---|---|
| *600 United States Courthouse* | *Telephone: (612) 664-5600* |
| *300 South Fourth Street* | *Fax: (612) 664-5787* |
| *Minneapolis, MN 55415* | |

March 24, 2026

**<u>VIA ECF – EX PARTE AND UNDER SEAL</u>**
The Honorable Shannon G. Elkins
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

     Re:    <u>United States v. Charlebois</u>
             Criminal No. 26-mj-59 (SRN/SGE)

Dear Magistrate Judge Elkins:

The United States respectfully submits this ex parte and sealed supplement to its response to Defendant's Motion for Disclosure Under Rule 6. This case was never presented to any Grand Jury, and thus, there was never a "no bill" nor any transcript of any Grand Jury proceeding. Thus, Mr. Charlebois's motion should be denied.

                Sincerely,

                DANIEL N. ROSEN
                United States Attorney

                s/ Kristian Weir
                BY: KRISTIAN WEIR
                Assistant U.S. Attorney