UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 26-mj-59 (SRN/SGE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO EXCLUDE TIME** |
| v. | ) | **UNDER THE SPEEDY TRIAL ACT** |
| | ) | |
| MATRIM JAMES CHARLEBOIS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), Matrim James Charlebois, moves to exclude 180 days under the Speedy Trial Act, beginning on the date of the Court's Order on this motion. Ms. Charlebois needs additional time to confer with counsel and complete negotiations with the Government about next steps. A signed statement of facts in support of the exclusion of 180 days is forthcoming and will be filed in accordance with this motion.

Dated: May 12, 2026

Respectfully submitted,

*s/Lisa M. Lopez*

LISA M. LOPEZ
Attorney ID No. 395791
Attorney for Ms. Charlebois
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415